**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    JULIE  BRAYER<br><br>                          **Debtor** | Chapter 13<br><br>Case No.19-17545-PMM |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                                Respectfully submitted,

Date: January 13, 2025            By:   */s/ Kenneth E. West*
                                                                Kenneth E. West, Esquire, Chapter 13 Trustee
                                                                190 N. Independence Mall West
                                                                Suite 701
                                                                Philadelphia, PA  19106
                                                                (215) 627-1377 (Phone)