Certificate Number: 16339-PAE-DE-039264709

Bankruptcy Case Number: 19-17545



16339-PAE-DE-039264709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2025, at 11:23 o'clock AM EST, Julie Brayer completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 22, 2025                By:    /s/Kelley Tipton

                                        Name:  Kelley Tipton

                                        Title: Certified Financial Counselor